# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

DAVID WILLIAMS,

     Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Case No. 2:15-cv-02303-APG-PAL

**ORDER ACCEPTING REPORT & RECOMMENDATION**

(ECF No. 6)

Plaintiff David Williams represents himself in this action and was granted in forma pauperis status. (ECF No. 3.)  On October 11, 2016, Magistrate Judge Leen entered a report and recommendation that I dismiss the complaint without prejudice. ECF No. 6.  Plaintiff David Williams did not file an objection.  I nevertheless conducted a de novo review of the issues set forth in the report & recommendation. 28 U.S.C. § 636(b)(1).  Judge Leen sets forth the proper legal analysis and factual basis for the decision.

Additionally, I note that Judge Leen's report and recommendation was returned in the mail. ECF No. 7.  It appears Williams has failed to comply with Local Rule of Special Proceedings 2-2, which requires a pro se plaintiff in a civil rights case to immediately notify the court of any of change of address.  "Failure to comply with this Rule may result in dismissal of the action with prejudice." LSR 2-2.

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No 6) is accepted** and the complaint **(ECF No. 4) is DISMISSED without prejudice**.

IT IS FURTHER ORDERED that the clerk of court shall close this case.

DATED this 3rd day of November, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE